No. 67982.—S. H. Kress & Company *v.* United States, protest 59/25736 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of strings of beads similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 67983.—Herbert Kann Co., Inc. *v.* United States, protest 62/5654 (Galveston).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of footwear in chief value of india rubber, the claim of the plaintiff was sustained. It was held that the ad valorem rate be based on the appraised value to be calculated on the basis of American selling price, as provided in 63 Treas. Dec. 232, T.D. 46158.

No. 67984.—Esso Standard Oil Company *v.* United States, protests 180219–K and 180217–K (Bridgeport).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of crude petroleum, topped crude petroleum, or fuel oil derived from petroleum (including fuel oil known as gas) similar in all material respects to that the subject of *Esso Standard Oil Company* v. *United States* (48 Cust. Ct. 54, C.D. 2314), the claim of the plaintiff was sustained as to 30 percent of the quantity of merchandise covered by the entries involved herein.